**Order filed February 3, 2014.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-13-01067-CV

---

## IN RE TEXAS LA FIESTA AUTO SALES, LLC AND PATRICIA TUBBS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-23318**

---

## ORDER

On November 27, 2013, relators Texas La Fiesta Auto Sales, LLC and Patricia Tubbs filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Mike Miller, presiding judge of the 11th District Court of Harris County, to vacate a ruling compelling the parties to arbitration under a provision of a disputed employment contract.

On December 10, 2013, relators filed a motion with this Court to stay the arbitration proceedings in the underlying litigation pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.10. This Court denied the motion to stay on December 12, 2013. Relators filed a motion for rehearing with this Court on December 19, 2013. This Court denied the motion for rehearing on December 30, 2013. The petition for writ of mandamus remains pending before this Court.

In their motion for rehearing on the denial of the motion to stay, relators stated that the final arbitration hearing was scheduled to occur on January 2, 2014. Therefore, this Court **ORDERS** relators to advise this Court on or before **February 17, 2014**, as to the status of the arbitration proceedings in the underlying litigation.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Boyce and Jamison.